PD-1501-14
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 4/24/2015 2:01:58 PM
Accepted 4/24/2015 2:27:34 PM
ABEL ACOSTA
CLERK

**PD-1501-14**

| | | |
|---|---|---|
| **ROBERT WILLIAM CORNWELL** | § | **IN THE COURT OF** |
| | § | |
| **V.** | § | **CRIMINAL APPEALS,** |
| | § | |
| **THE STATE OF TEXAS** | § | **IN AUSTIN, TEXAS** |

_____

### STATE'S MOTION FOR
### EXTENSION OF TIME TO FILE BRIEF

_____

**TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:**

COMES NOW the State of Texas, by the undersigned assistant district attorney, and moves the Court for an extension of time to file its appellate brief in the above-captioned case. The State would respectfully show the Court the following:

1. On April 10, 2013, the appellant was convicted of the offense of impersonating a public servant. His punishment was assessed at imprisonment for 2 years.

2. The Ninth Court of Appeals affirmed the appellant's conviction in a memorandum opinion dated October 8, 2014.

3. This Court granted the appellant's petition for discretionary review, and the appellant's brief was filed in this Court on March 25, 2015.

4. The State's brief is presently due to be filed in this Court on April 24, 2015.

5. The State has not previously requested an extension of time to file its brief.

1

6. The State hereby requests a one-month extension of time to file its brief, until May 26, 2015.

7. Good cause exists for the requested extension of time, for the following reasons:

In the past 30 days, the undersigned counsel for the State has been required to prepare the State's brief in *William Joseph Smokey Lee v. The State of Texas*, Case No. 09-13-00569-CR; the State's brief in *Jeromy John Leax v. The State of Texas*, Case No. 09-14-00452-CR and Cause No. 09-14-00453-CR; the State's answer to application for writ of habeas corpus, and findings of fact and conclusions of law in *Ex parte Brian Keith Balentine*, Case No. 08-05-04682-CR-(1), and presented oral argument in *Jessica Sekerka Siegel v. The State of Texas*, Case No. 09-13-00536-CR; and in *Ex parte Kemos Barnaby*, WR-80,099-01.

In addition, undersigned counsel is assigned to serve as the prosecutor on Montgomery County's misdemeanor expunction and nondisclosure cases, and has been required to attend to duties pursuant to those assignments, and is also assigned to serve as the prosecutor on Montgomery County's mental health cases, and has been required to attend to duties pursuant to that assignment.

Consequently, counsel has not had sufficient time to prepare an adequate State's brief in this case.

2

THEREFORE, the State requests an extension of time to file its brief until May 26, 2015, in this case.

Respectfully submitted,

BRETT W. LIGON
District Attorney
Montgomery County, Texas

*/s/ Jason Larman*
JASON LARMAN
Assistant District Attorney
Montgomery County, Texas
S.B.T. No. 24072468
207 W. Phillips, Second Floor
Conroe, Texas   77301
(936) 539-7800
(936) 788-8395 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion was sent electronically using efile.txcourts.gov to the attorneys for the appellant on the date of the filing of the original with the Clerk of this Court.

*/s/ Jason Larman*
JASON LARMAN
Assistant District Attorney
Montgomery County, Texas
